WESTERN UNION TELEGRAPH COMPANY, Appellant, *v.* GLADYS E. COCHRAN, as Administratrix of the Estate of ALFRED S. COCHRAN, Deseased, Respondent.

Submitted November 19, 1951; decided November 21, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 545.]